The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY D. JARDEE, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY and KING COUNTY METRO TRANSIT and JOHN AND JANE DOES 1-10, <br><br> Defendants. | No. 2:23-cv-00656-RSM <br><br> STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff and Defendants, parties to the above-entitled action, that Plaintiff's case against Defendants should be dismissed pursuant to FRCP 41(a)(1)A)(ii) with prejudice and without costs or attorney's fees.

STIPULATED AND AGREED TO this 5th day of July, 2023.

Leesa Manion (she/her)
King County Prosecuting Attorney

s/Harold F. Franklin, Jr.
Harold H. Franklin, Jr., WSBA #20486
Tracy Tribbett, WSBA #35922
Pacific Justice Institute
Attorneys for Plaintiff

s/ Colin M. George
HEIDI JACOBSEN-WATTS, WSBA #27521
COLIN M. GEORGE, WSBA #45131
Senior Deputy Prosecuting Attorneys
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 1
(2:23-cv-00656-RSM)

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION – Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, that the above-entitled case should be dismissed; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice without costs or attorney's fees.

DATED this 6th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Leesa Manion (she/her)
King County Prosecuting Attorney

s/Harold H. Franklin Jr.
Harold H. Franklin, Jr., WSBA #20486
Tracy Tribbett, WSBA #35922
Pacific Justice Institute
Attorneys for Plaintiff

s/ Colin M. George
HEIDI JACOBSEN-WATTS, WSBA #27521
COLIN M. GEORGE, WSBA #45131
Senior Deputy Prosecuting Attorneys
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2
(2:23-cv-00656-RSM)

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION – Litigation Section
701 Fifth Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120 / FAX (206) 296-0191